# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2023

Mr. Matthew Nicholas Drecun
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Mark P. Gaber
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Ms. Hilary Harris Klein
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Suite 101
Durham, NC 27707

       No. 23-40582    Petteway v. Galveston County
                       USDC No. 3:22-CV-57
                       USDC No. 3:22-CV-93
                       USDC No. 3:22-CV-117

Dear Counsel:

This letter will serve to confirm that the court has requested a response/opposition to the Appellants' Motion for hearing en banc be filed in this office on or before November 6, 2023 no later than 12:00 p.m.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
Mr. Neil G. Baron
Ms. Pooja Chaudhuri
Ms. Sarah Xiyi Chen
Ms. Alexandra Copper
Mr. Chad Wilson Dunn
Mr. Bruce I. Gear
Mr. Daniel David Hu
Mr. Richard Mancino
Ms. Mimi Murray Digby Marziani
Mr. Hani Mirza
Mr. Aaron E Nathan
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Ms. Angela K. Olalde
Ms. Bernadette Reyes
Ms. Valencia Richardson
Mr. Nicolas Riley
Mr. Joseph R. Russo Jr.
Mr. Nickolas A. Spencer
Ms. Adrianne Spoto