# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 09, 2023

Mr. Neil G. Baron
1010 E. Main Street
Suite A
League City, TX 77573

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Ms. Alexandra Copper
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Matthew Nicholas Drecun
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Chad Wilson Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705

Mr. Mark P. Gaber
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Bruce I. Gear
U.S. Department of Justice
1800 G Street, N.W.
Washington, DC 20005-0000

Mr. Daniel David Hu
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street
Houston, TX 77002


Ms. Hilary Harris Klein
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Suite 101
Durham, NC 27707


Mr. Richard Mancino
Willkie Farr & Gallagher, L.L.P.
787 7th Avenue
New York, NY 10019-6099


Ms. Mimi Murray Digby Marziani
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438


Mr. Hani Mirza
Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77004


Mr. Aaron E Nathan
Willkie Farr & Gallagher, L.L.P.
1875 K Street, N.W.
Washington, DC 20006


Mr. Joseph M. Nixon
Public Interest Legal Foundation, Incorporated
107 S. West Street
Suite 700
Alexandria, VA 22314


Ms. Angela K. Olalde
Greer, Herz & Adams, L.L.P.
2525 S. Shore Boulevard
Suite 203
League City, TX 77573-0000


Ms. Bernadette Reyes
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095

Ms. Valencia Richardson
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Nicolas Riley
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Joseph R. Russo Jr.
Greer, Herz & Adams, L.L.P.
1 Moody Plaza
18th Floor
Galveston, TX 77550-0000

Mr. Nickolas A. Spencer
Spencer & Associates, P.L.L.C.
9100 Southwest Freeway
Suite 122
Houston, TX 77074

Ms. Adrianne Spoto
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Durham, NC 27707

    No. 23-40582    Petteway v. Galveston County
                           USDC No. 3:22-CV-57
                           USDC No. 3:22-CV-93
                           USDC No. 3:22-CV-117

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Ms. Pooja Chaudhuri
    Mr. T. Russell Nobile