# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2023
Lyle W. Cayce
Clerk

No. 23-40582

---

Honorable Terry Petteway; Honorable Derrick Rose; Honorable Penny Pope,

*Plaintiffs—Appellees*,

*versus*

Galveston County, Texas; Mark Henry, *in his official capacity as Galveston County Judge*; Dwight D. Sullivan, *in his official capacity as Galveston County Clerk*,

*Defendants—Appellants*,

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Galveston County, Texas; Galveston County Commissioners Court; Mark Henry, *in his official capacity as Galveston County Judge*,

*Defendants—Appellants*,

---

Dickinson Bay Area Branch NAACP; Galveston Branch

Nаасp; Mainland Branch NAACP; Galveston LULAC Council 151; Edna Courville; Joe A. Compian; Leon Phillips,

*Plaintiffs—Appellees*,

*versus*

Galveston County, Texas; Mark Henry, *in his official capacity as Galveston County Judge*; Dwight D. Sullivan, *in his official capacity as Galveston County Clerk*,

*Defendants—Appellants.*

———————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-57
USDC No. 3:22-CV-93
USDC No. 3:22-CV-117

———————————————

## UNPUBLISHED ORDER

Before Jones, Barksdale, and Elrod, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the administrative stay is extended pending en banc poll.