# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion,* See **FED. R. APP. P. & 5TH CIR. R. 39**. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

HONORABLE TERRY PETTEWAY, ET AL  v.  GALVESTON COUNTY, TEXAS ET AL   No. 23-40582

The Clerk is requested to tax the following costs against: GALVESTON COUNTY, TEXAS ET AL

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 10 | 67 | 0.15 | 100.50 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: Binding | | | | 52.50 | | | | |
| | | | Total $ | 153 | | | Costs are taxed in the amount of $ | |

Costs are hereby taxed in the amount of $ 153 _____ this _____ day of _____, _____.

**LYLE W. CAYCE, CLERK**

State of
County of _____     By _____
                                                                    Deputy Clerk

I RICHARD MANCINO _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This  21st  day of  November , 2023 .

s/ Richard Mancino
**(Signature)**

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for APPELLEES DICKINSON BAY AREA BR.

**Counsel Press Inc.**
PO Box 65019
Baltimore, MD 21264-5019

| | |
|---|---|
| Invoice Number: | 9154920 |
| Date | 11/20/2023 |
| Fed Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

| | | | |
|---|---|---|---|
| **CLIENT:** | Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 USA | File No:<br>Court:<br>Case Name: | 324993<br>USCOA - 5TH<br>Petteway v. Galveston County |
| **ATTN:** | Aaron E. Nathan, Esq. | | |

## BILL OF COSTS

**APPELLEE'S BRIEF**

| | Copies | Units | | Price | | Extension |
|---|---|---|---|---|---|---|
| Cover(s) - First Side (repro only) | | 1 | @ $ | 70.00 | $ | 70.00 |
| Publishing Per Original Page(s) | 10 | 67 | @ $ | 0.5150 | $ | 345.05 |
| Volumes Bound | | 10 | @ $ | 5.25 | $ | 52.50 |
| Filing of Documents | | 1 | @ $ | 115.50 | $ | 115.50 |
| Shipping & Handling | | 1 | @ $ | 186.00 | $ | 186.00 |

| | | |
|---|---|---|
| SUB-TOTAL: | $ | 769.05 |
| DISCOUNT: | $ | (116.61) |
| APPLICABLE SALES TAX: 6.000% | $ | 39.15 |
| INVOICE TOTAL: | $ | 691.59 |
| PAYMENT RECEIVED | $ | - |
| BALANCE DUE | $ | 691.59 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of November, 2023, the foregoing Bill of Costs was served on all registered counsel through the Court's CM/ECF filing system.

/s/ Richard Mancino
Richard Mancino
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
212-728-8000