# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 01, 2023

Mr. Neil G. Baron
1010 E. Main Street
Suite A
League City, TX 77573

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Ms. Alexandra Copper
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Matthew Nicholas Drecun
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Chad Wilson Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705

Mr. Mark P. Gaber
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Bruce I. Gear
U.S. Department of Justice
1800 G Street, N.W.
Washington, DC 20005-0000

Mr. Daniel David Hu
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street
Houston, TX 77002

Ms. Hilary Harris Klein
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Suite 101
Durham, NC 27707

Ms. Simone Tyler Leeper
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Richard Mancino
Willkie Farr & Gallagher, L.L.P.
787 7th Avenue
New York, NY 10019-6099

Ms. Mimi Murray Digby Marziani
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Hani Mirza
Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77004

Mr. Aaron E Nathan
Willkie Farr & Gallagher, L.L.P.
1875 K Street, N.W.
Washington, DC 20006

Ms. Bernadette Reyes
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095

Ms. Valencia Richardson
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Mr. Nicolas Riley
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Nickolas A. Spencer
Spencer & Associates, P.L.L.C.
9100 Southwest Freeway
Suite 122
Houston, TX 77074

Ms. Adrianne Spoto
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Durham, NC 27707

    No. 23-40582    Petteway v. Galveston County
                             USDC No. 3:22-CV-57
                             USDC No. 3:22-CV-93
                             USDC No. 3:22-CV-117

Dear Counsel,

The court has requested a response to the emergency motion for stay pending appeal in this case. Your response must be electronically filed by noon on Monday, December 4, 2023.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Ms. Pooja Chaudhuri
    Mr. Jordan Raschke Elton
    Mr. T. Russell Nobile
    Ms. Angela K. Olalde
    Mr. Joseph R. Russo Jr.