# GREER, HERZ & ADAMS, L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

JOSEPH R. RUSSO, JR.
409.797.3215
866.456.0170 fax

One Moody Plaza, 18th Floor
Galveston, Texas 77550
www.greerherz.com

December 1, 2023

Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

  Re: No. 23-40582, *Petteway, et al. v. Galveston County, et al.*

Dear Mr. Cayce:

  This letter is to advise that the district court has reset its status conference to 10:00 a.m. on Monday, December 4, 2023 regarding the implementation of Map 1. Exhibit 1 (Notice of Resetting).

  In connection with this letter, Appellants are filing a request that the district court postpone its hearing so this Court has adequate time to consider Appellants' stay request.

           Sincerely,

           */s/ Joseph R. Russo, Jr.*
          Joseph R. Russo, Jr.

Re:    23-40582; Petteway v. Galveston County

# CERTIFICATE OF SERVICE

I certify that, on December 1, 2023, this document and its attachment were electronically served on all counsel of record in this case in accordance with the Federal Rules of Appellate Procedure.

*/s/ Joseph Russo, Jr.*
Counsel for Appellants

Case 3:22-cv-00057   Document 269   Filed 12/01/2023   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

Honorable Terry Petteway, et al.

v.                                                   Case Number: 3:22−cv−00057

Galveston County, Texas, et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Jeffrey V Brown

**PLACE:**
by  **TELEPHONE**  571-353-2301 Meeting ID: 291992020#

**DATE:** 12/4/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference
Order − #267

Date:    December 1, 2023

                                                                        Nathan Ochsner, Clerk

# EXHIBIT 1