# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 22, 2024

Mr. Matthew Nicholas Drecun
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Chad Wilson Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705

Mr. Mark P. Gaber
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, DC 20005

Ms. Hilary Harris Klein
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Suite 101
Durham, NC 27707

    No. 23-40582   Petteway v. Galveston County
                        USDC No. 3:22-CV-57
                        USDC No. 3:22-CV-93
                        USDC No. 3:22-CV-117

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the NAACP Legal Defense and Educational Fund, Incorporated's motion to file an amicus brief. The letter response is to be filed in this office on or before February 26, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Rachal*
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Mr. Neil G. Baron
    Mr. Paul David Brachman
    Ms. Pooja Chaudhuri
    Ms. Sarah Xiyi Chen
    Ms. Alexandra Copper
    Mr. Jordan Raschke Elton
    Mr. Bruce I. Gear
    Ms. Brianne Jenna Gorod
    Mr. Kyle Douglas Hawkins
    Mr. Daniel David Hu
    Ms. Simone Tyler Leeper
    Mr. Richard Mancino
    Ms. Mimi Murray Digby Marziani
    Mr. Hani Mirza
    Mr. Stuart Naifeh
    Mr. Aaron E Nathan
    Mr. Joseph M. Nixon
    Mr. T. Russell Nobile
    Ms. Angela K. Olalde
    Mr. Paul A. Ready
    Ms. Bernadette Reyes
    Ms. Valencia Richardson
    Mr. Nicolas Riley
    Mr. Joseph R. Russo Jr.
    Mr. Nickolas A. Spencer
    Ms. Adrianne Spoto