# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Joaquin Gonzalez__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__23-40582__   __Honorable Terry Petteway, et al.__   v.   __Galveston County, Texas, et al.__
(Case Number)                        (Short Title)

is scheduled for oral argument at __9:00 am__ on __May 14, 2024__ located in the
(Time)                 (Date)

__NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130__
(Location)

__/s/ Joaquin Gonzalez__                    __April 22, 2024__
(Signature)                                  (Date)

---

List all parties being represented for argument and select the party type

Hon. Terry Petteway; Hon. Derreck Rose; Hon. Penny Pope (Petteway)

United States of America

Dickinson Bay Area Branch NAACP; Galveston Branch NAACP; et al. (NAACP/LULAC)

| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Joaquin Gonzalez (NAACP/LULAC) | 10 | |
| #2 | Nicolas Riley (United States) | 10 | |
| #3 | Chad Dunn (Petteway) | 10 | |
| #4 | | | |
| #5 | | | |

SESSION # __EB__

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]                    [RESET FORM]

Revised 04/2023                    Form OA-001