

U.S. Department of Justice

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC 20044-4403*

August 20, 2024

**VIA CM/ECF**

Lyle W. Cayce
U.S. Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re: *Petteway v. Galveston County, Tex.*, No. 23-40582 (5th Cir.)

Dear Mr. Cayce,

      The United States writes to update the Court regarding defendants-appellants' opposition to the United States' Motion to Amend or Correct the Judgment, filed August 16, 2024. Fifth Circuit Rule 27.4 requires movants "to contact all other parties" and "indicate whether an opposition will be filed." As the United States advised the Court, "[d]efendants-appellants indicated that they are opposed to the United States' motion and that they will consult and inform the United States within 72 hours whether they plan to file an opposition." Mot. 5.

      That time has now passed, and defendants-appellants have not informed the United States that they intend to file an opposition. Accordingly, the United States respectfully requests that the Court take up the Motion and grant the relief it seeks.

                            Sincerely,

                              Erin H. Flynn
                              Deputy Chief

                           <u>s/ Matthew N. Drecun</u>
                            Matthew N. Drecun
                                Attorney
                            Appellate Section
                          Civil Rights Division
                     Matthew.Drecun@usdoj.gov
                            (202) 550-9589

cc: Counsel of Record (via CM/ECF)