# GREER, HERZ & ADAMS, L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

**ANGIE OLALDE**



One Moody Plaza, 18th Floor
Galveston, Texas 77550
409.797.3262
866.422.4406 fax
aolalde@greerherz.com
www.greerherz.com

August 20, 2024

Lyle W. Cayce
Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE:   No. 23-40582; *Galveston County, et al. v. Honorable Terry Petteway, et al.*

Dear Mr. Cayce:

We recently received Mr. Drecun's letter informing the Court that its recent motion to amend or correct the judgment in the above-referenced case is not opposed. This is incorrect. Appellants intend to file an opposition to the United States' motion within the time period permitted under Federal Rule of Appellate Procedure 27(a)(3), or at an earlier time if the Court so orders.

Sincerely,

Angie Olalde